UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CORY BRADLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:15-CV-755 CAS |
| THERESA COUNTS BURKE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Cory Bradley's motion for leave to proceed in forma pauperis. For the following reasons, the motion will be denied and this action will be dismissed.

Plaintiff is an inmate at the St. Louis City Justice Center. A review of the Court's records reveals that plaintiff has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] As such, under 28 U.S.C. § 1915(g), plaintiff is not entitled to proceed in forma pauperis unless he was "under imminent danger of serious physical injury" at the time the complaint was filed. *See Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003) (imminent danger of serious physical injury must exist at the time the complaint is filed).

After reviewing the complaint, the Court finds no allegations indicating that plaintiff was in imminent danger of serious physical injury when he filed this action on or about April 30, 2015. As a result, the Court will deny plaintiff's motion for in forma pauperis status and will dismiss this

---

[1] *See Bradley v. City of St. Louis Carnahan Ct. Bldg.*, No. 4:14-CV-2112 JAR (E.D. Mo.); *Bradley v. Keefe Co.*, No. 4:14-CV-2087 sJAR (E.D. Mo.); *Bradley v. U.S. Dep't of Justice*, No. 4:14-CV-797 JCH (E.D. Mo.).

action without prejudice to refiling as a fully paid complaint.  The Court will also deny plaintiff's motions to amend the complaint [Docs. 6, 7], motion to seal this case [Doc. 5], and motion for injunctive relief [Doc. 4].  The Court does not accept amendments by interlineation or supplementation, and plaintiff has not submitted an amended complaint on a Court-provided form.  Furthermore, plaintiff has failed to set forth grounds that would justify sealing this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis status is **DENIED.**   [Doc. 2]

**IT IS FURTHER ORDERED** that plaintiff's remaining pending motions are **DENIED**. [Docs. 4, 5, 6, 7]

**IT IS FURTHER ORDERED** that this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

A separate Order of Dismissal will accompany this Memorandum and Order.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  9th  day of June, 2015.